IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM KIMBLE,                          )
                                         )
      Petitioner,                  )
                                         )
      v.                           )          1:17CV746
                                         )
ERIK A. HOOKS,                           )
                                         )
      Respondent.                  )

**ORDER**

On July 24, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Within the time limit prescribed by Section 636, Petitioner filed a series of documents (ECF Nos. 26, 27, 28, and 29), which the Court construes as objections to the Recommendation. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (ECF No. 24), which is affirmed and adopted.

IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgment (ECF No. 9) is GRANTED, that the Petitions (ECF No. 2 and No. 2-2) are DENIED, and that this action is DISMISSED. Finding no substantial issue for appeal concerning the denial of a constitutional right, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 14th day of September, 2018.

/s/ Loretta C. Biggs
United States District Judge